1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                                **DISTRICT OF NEVADA**

6

7     SHADOW HILLS PLAZA, LLC,                    )
                                                  )
8                 Plaintiff,                      )     Case No.  2:09-cv-01701-RLH-GWF
                                                  )
9     vs.                                         )     **ORDER**
                                                  )
10    WAL-MART REAL ESTATE BUSINESS TRUST,)
                                                  )
11                Defendant.                      )
      _____)

12

13          This matter is before the Court on Wal-Mart's Motion to Extend Discovery Deadlines

14    (Fourth Request) (#52) filed March 8, 2011; Defendant's Amendment to Motion to Extend

15    Discovery Deadlines (#60) filed March 17, 2011; En Engineering, Inc.'s Joinder to Motion to

16    Extend Discovery Deadlines (#56), filed March 15, 2011; Wadman Corporation's Joinder to

17    Motion to Extend Discovery Deadlines (#61), filed April 4, 2011.  The Court conducted a hearing

18    in this matter on April 6, 2011.  After considering the papers submitted by the parties, as well as

19    oral argument by counsel, the matter having been submitted following argument for decision, and

20    good cause appearing,

21          **IT IS ORDERED** that Wal-Mart's Motion to Extend Discovery Deadlines (Fourth

22    Request) (#52) is **granted**.  The following discovery plan and scheduling order dates shall apply:

23          1.     Last date to complete discovery:  **July 11, 2011**

24          2.     Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2):  **May 12, 2011**

25          3.     Last date to disclose rebuttal experts:  **June 13, 2011**

26          4.     Last date to file dispositive motions:  **August 11, 2011**

27    . . .

28    . . .

5.      Last date to file joint pretrial order:  **September 12, 2011**.   In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 6th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge