1  **SUBT**
   DAVID S. LEE, ESQ.
2  Nevada Bar No. 6033
   CINDIE D. HERNANDEZ, ESQ.
3  Nevada Bar No. 7218
   **LEE, HERNANDEZ, LANDRUM,**
4  **GAROFALO & BLAKE**
   7575 Vegas Drive, Suite 150
5  Las Vegas, Nevada 89128
   Tel: (702) 880-9750
6  Fax:(702) 314-1210
   dlee@lee-lawfirm.com
7  chernandez@lee-lawfirm.com

8  Attorneys for Defendants,
   WADMAN CORPORATION
9

10                UNITED STATES DISTRICT COURT

11                     DISTRICT OF NEVADA

12

13 | SHADOW HILLS PLAZA, LLC, a limited   )   Case No.:  2:09-cv-01701-RLH-GWH
   | liability company,                   )
14 |                                      )
   |           Plaintiffs,                )
15 |                                      )
   | vs.                                  )
16 |                                      )   **SUBSTITUTION OF ATTORNEY**
   | WALMART REAL ESTATE BUSINESS         )
17 | TRUST, a Delaware statutory trust; DOES I )
   | through X, inclusive,                )
18 |                                      )
   |           Defendants.                )
19 |                                      )
   | WALMART REAL ESTATE BUSINESS         )
20 | TRUST, a Delaware statutory trust,   )
   |                                      )
21 |           Third-party Plaintiff,     )
   | vs.                                  )
22 |                                      )
   | WADMAN CORPORATION, a Utah           )
23 | corporation, EN ENGINEERING, INC., a )
   | California corporation; DOES I through X, )
24 | inclusive,                           )
   |                                      )
25 |           Third-party Defendants.    )
   |                                      )
26 | WADMAN CORPORATION, a Utah           )
   | corporation,                         )
27 |                                      )
   |           Cross-Claimant,            )
28 |                                      )

```
 1  vs.                                    )
                                           )
 2  EN ENGINEERING, INC., a California     )
    corporation.                           )
 3                                         )
           Cross-Defendant.                )
 4  _____)
```

LEE, HERNANDEZ, LANDRUM, GAROFALO & BLAKE is hereby substituted as attorneys for Third-Party Defendants/ Cross-Claimant, WADMAN CORPORATION, in the above-entitled action, in place of and instead of WOODBURY, MORRIS & BROWN.

DATED this 13th day of March, 2011. *April*

_____
WADMAN CORPORATION

I hereby consent to the above and foregoing substitution.

DATED this 13 day of March, 2011. *April*

_____
David T. Blake, Esq.
Nevada Bar 11059
WOODBURY, MORRIS & BROWN
701 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89074
(702) 933-0777
Fax: (702) 933-0778

LEE HERNANDEZ, LANDRUM, GAROFALO & BLAKE does hereby accept the above and forging substitution as attorney for Third-Party Defendants/ Cross-Claimant, WADMAN CORPORATION.

DATED this 13 day of April, 2011.

DAVID S. LEE, ESQ.
Nevada Bar No. 6033
CINDIE D. HERNANDEZ, ESQ.
Nevada Bar No. 7218
7575 Vegas Dr., Suite 150
Las Vegas, NV 89128
(702) 880-9750
Fax: (702) 314-1210

**IT IS SO ORDERED.**

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED: April 14, 2011**