1 DAVID S. LEE, ESQ.
Nevada Bar No.: 6410
2 CINDIE D. HERNANDEZ, ESQ.
Nevada Bar No.: 7218
3 LEE, HERNANDEZ, LANDRUM,
GAROFALO & BLAKE, APC
4 7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
5 (702) 880-9750
Fax; (702) 314-1210
6 dlee@lee-lawfirm.com
chernandez@lee-lawfirm.com
7
Attorneys for Third-Party Defendants/
8 Cross-Claimant,
WADMAN CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHADOW HILLS PLAZA, LLC, a limited liability company, | CASE NO.: 2:09-cv-01701-RLH-GWH |
| Plaintiffs, | |
| vs. | **ORDER GRANTING THIRD-PARTY DEFENDANT/ CROSS-CLAIMANT WADMAN CORPORATION'S JOINT MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |
| WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust, DOES I through X, inclusive, | |
| Defendants. | |
| WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust, | |
| Third-Party Plaintiff, | |
| vs. | |
| WADMAN CORPORATION, a Utah corporation, EN ENGINEERING, INC., a California corporation; DOES I through X, Inclusive, | |
| Third-Party Defendants. | |
| WADMAN CORPORATION, a Utah | |

1

corporation,

        Cross-Claimant,

vs.

EN ENGINEERING, INC., a California corporation.

        Cross-Defendant.

## ORDER GRANTING THIRD-PARTY DEFENDANT/ CROSS-CLAIMANT WADMAN CORPORATION'S JOINT MOTION DETERMINATION OF GOOD FAITH SETTLEMENT

Before the Court is Third-Party Defendant/Cross-Claimant Wadman Corporation's ("Wadman") Joint Motion for Determination of Good Faith Settlement. The Court having examined the pleadings and papers on file and, good cause appearing, the Court orders as follows:

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that Wadman's Joint Motion for Determination of Good Faith Settlement is GRANTED.

**IT IS HEREBY FURTHER ADJUDGED, ORDERED AND DECREED** that the settlement reached among all parties in the amount of FOUR HUNDRED THOUSAND DOLLARS AND NO CENTS ($400,000.00), is determined to be made in good faith, pursuant to the provisions of NRS 17.245 and in accordance with the factors set forth in *In Re MGM Grand Hotel Fire Litigation*, 570 F. Supp. 913 (D. Nev. 1983) and *The Doctors Co. v. Vincent*, 120 Nev. 644, 98 P.3d 681 (2004).

. . .

. . .

. . .

1  IT IS HEREBY FURTHER ADJUDGED, ORDERED AND DECREED that all claims of equitable indemnity and contribution, arising from this action, are barred by operation of this determination of good faith settlement.

DATED this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

| **LEE, HERNANDEZ, LANDRUM, GAROFALO & BLAKE** | **BALLARD SPAHR LLP** |
|---|---|
| By: /s/ Cindie D. Hernandez<br>DAVID S. LEE, ESQ.<br>Nevada Bar No. 6033<br>CINDIE D. HERNANDEZ, ESQ.<br>Nevada Bar No. 7218<br>7575 Vegas Dr., Suite 150<br>Las Vegas, NV 89128<br>(702) 880-9750<br>Fax: (702) 314-1210<br>Attorneys for Third-Party Defendant/<br>Cross-Claimant<br>WADMAN CORPORATION | By: /s/ Michael M. Miles<br>STANLEY W. PARRY, ESQ.<br>Nevada Bar No. 1417<br>MICHAEL M. MILES, ESQ.<br>Nevada Bar No.: 10932<br>100 City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br>(702) 471-7070<br>Fax: (702) 471-7000<br>Attorneys for Defendant<br>WAL-MART REAL ESTATE BUSINESS TRUST |
| **WEIL & DRAGE, APC** | **MARQUIS AURBACH COFFING** |
| By: /s/ Jeremy R. Kilber<br>CHRISTINE E. DRAGE, ESQ.<br>Nevada Bar No.: 6624<br>JEREMY R. KILBER, ESQ.<br>Nevada Bar No.: 10643<br>2500 Anthem Village Drive<br>Henderson, Nevada 89052<br>(702) 314-1905<br>Fax (702) 314-1909<br>Attorneys for Third-Party Defendant<br>EN ENGINEERING, INC | By: /s/ Tye S. Hanseen<br>TYE S. HANSEEN, ESQ.<br>Nevada Bar No.: 10365<br>PHILLIP S. AURBACH, ESQ.<br>Nevada Bar No.: 1501<br>10001 Park Run<br>Las Vegas, Nevada 89145<br>(702) 382-0711<br>Fax (702) 382-5816<br>Attorneys for Plaintiff<br>SHADOW HILLS PLAZA, LLC |